

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2014

No. 04-12-00852-CV

Jerry L. **HAMBLIN** and Ricochet Energy, Inc.,
Appellants

v.

Thomas A. **LAMONT**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2008-CVF-000665-D2
The Honorable Joe Lopez, Judge Presiding

### O R D E R

Sitting:      Catherine Stone, Chief Justice
Karen Angelini, Justice
Sandee Bryan Marion, Justice[1]
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice[2]
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

The Court has considered Appellee Thomas A. Lamont's Motion for En Banc Reconsideration, Appellants' Response to the Motion for En Banc Reconsideration, and Appellee's Reply in Support of Motion for En Banc Reconsideration, and Appellee's Motion for En Banc Reconsideration is DENIED.

It is so **ORDERED** on April 17, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] Not participating
[2] Dissents to denial of the motion for en banc reconsideration.